**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/23/2017

IN RE:

JOHN H. WILSON
RHONDA F. WILSON
C/O PAUL W MCELRATH JR ESQ
MCELRATH LEGAL HOLDINGS LLC
1641 SAW MILL RUN BLVD
PITTSBURGH, PA 15210
XXX-XX-3223          Debtor(s)

XXX-XX-4224

Case No.12-22031 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/23/2017

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number:1    INT %: 0.00%<br>Court Claim Number:13<br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*DKT4PMT-LMT*BGN 5/12 | | CRED DESC:  PRIMARY RES MORTGAGE REC<br>ACCOUNT NO.:  1111 |
| **WELLS FARGO DEALER SVCS INC**<br>POB 25341<br>SANTA ANA, CA  92799 | Trustee Claim Number:2    INT %: 4.25%<br>Court Claim Number:3<br>CLAIM:  1,335.48<br>COMMENT:  $/CL-PL@4.25%MDF/PL*WFB*DK | | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  0434 |
| **BENTWORTH SD (ELLSWORTH) (EIT)**<br>C/O KEYSTONE CLLCTNS GRP-PRE 2012 YRS<br>546 WENDEL RD<br>IRWIN, PA  15642 | Trustee Claim Number:3    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  2,600.00<br>COMMENT:  4224:07-11*$/PL*DK | | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  4224 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:4    INT %: 0.00%<br>Court Claim Number:2<br>CLAIM:  907.22<br>COMMENT:  C2GOVS/CNF*1335.48/PL | | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  3223 |
| **FIRST NATIONAL BANK OF PA****<br>C/O AAS - POB 129<br>2526 MONROEVILLE BLVD STE 103<br>MONROEVILLE, PA  15146 | Trustee Claim Number:5    INT %: 0.00%<br>Court Claim Number:7<br>CLAIM:  7,296.16<br>COMMENT:  JDGMNT/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9696 |
| **ALLIED INTERSTATE++**<br>3000 CORPORATE EXCHANGE DR<br>5TH FLOOR<br>COLUMBUS, OH  43231 | Trustee Claim Number:6    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  ? |
| **AMERICAN HONDA FINANCE CORP***<br>NATIONAL BANKRUPTCY CENTER<br>POB 168088<br>IRVING, TX  75016-8088 | Trustee Claim Number:7    INT %: 0.00%<br>Court Claim Number:1<br>CLAIM:  1,971.09<br>COMMENT:  DFNCY BAL | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7732 |
| **APPLIED BANK***<br>PO BOX 70165<br>PHILADELPHIA, PA  19176-0165 | Trustee Claim Number:8    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ...8379 |
| **KEYSTONE RECOVERY PARTNERS LLC - SERIE**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | Trustee Claim Number:9    INT %: 0.00%<br>Court Claim Number:9<br>CLAIM:  3,536.06<br>COMMENT:  BARCLAYS/JUNIPER | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8510 |
| **BAY AREA CREDIT SERVICES++**<br>2185 THE ALAMEDA<br>SAN JOSE, CA  95123 | Trustee Claim Number:10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  ? |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **BELLE VERNON FINANCIAL SVCS**<br>NOW NORTHWEST CDC<br>105 TRI COUNTY PLAZA<br>POB 107*<br>BELLE VERNON, PA 15012 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...0533 |
| **BELLE VERNON FINANCIAL SVCS**<br>NOW NORTHWEST CDC<br>105 TRI COUNTY PLAZA<br>POB 107*<br>BELLE VERNON, PA 15012 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...0894 |
| **BELLE VERNON FINANCIAL SVCS**<br>NOW NORTHWEST CDC<br>105 TRI COUNTY PLAZA<br>POB 107*<br>BELLE VERNON, PA 15012 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...0005 |
| **CAPITAL ONE BANK NA****<br>C/O AMERICAN INFOSOURCE LP - AGENT<br>POB 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 1,864.10<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5242 |
| **CAVALRY PORTFOLIO SERVICES LLC(*)**<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 1,280.92<br>COMMENT: HSBC/ORCHARD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8475 |
| **CHASE/JPMORGAN CHASE(*)++**<br>POB 17055 *CARDMEMBER SRVCS<br>ATN BKRPTCY TRSTEE PMT PRCSSNG<br>WILMINGTON, DE 19850-7055 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...3368 |
| **FINGERHUT DIR MKTNG INC/CIT****<br>6250 RIDGEWOOD RD<br>ST CLOUD, MN 56303 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...9080 |
| **CITIBANK NA(*)**<br>4740 121ST ST<br>URBANDALE, IA 50323 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...4727 |
| **CITIFINANCIAL INC (NON-RE*)**<br>POB 70923<br>CHARLOTTE, NC 28272-0923 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...3056 |
| **CITIFINANCIAL INC (NON-RE*)**<br>POB 70923<br>CHARLOTTE, NC 28272-0923 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...8192 |

| Creditor | Trustee Claim | Court Claim | CRED DESC | Account | Claim | Comment |
|---|---|---|---|---|---|---|
| **CITIFINANCIAL INC (NON-RE*)**<br>POB 70923<br>CHARLOTTE, NC 28272-0923 | 21 | | NOTICE ONLY | ...3714 | 0.00 | |
| **AMERICAN INFOSOURCE LP AGENT FOR INSOL**<br>PO BOX 269093<br>OKLAHOMA CITY, OK 73126-9093 | 22 | 10 | UNSECURED CREDITOR | 2522 | 1,769.65 | NO$/SCH*CREDIT ONE |
| **CREDITORS INTERCHANGE++**<br>80 HOLTZ DR<br>BUFFALO, NY 14225 | 23 | | NOTICE ONLY | ? | 0.00 | |
| **EQUABLE ASCENT FINANCIAL++**<br>1120 W LAKE COOK RD STE B<br>BUFFALO GROVE, IL 60089 | 24 | | NOTICE ONLY | ...4921 | 0.00 | |
| **METABANK/FINGERHUT**<br>6250 RIDGEWOOD RD<br>ST CLOUD, MN 56303 | 25 | | NOTICE ONLY | ...9080 | 0.00 | |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA 16148 | 26 | | UNSECURED CREDITOR | ...0408 | 0.00 | REPO |
| **PREMIER BANKCARD/CHARTER**<br>C/O CSI<br>POB 2208<br>VACAVILLE, CA 95696 | 27 | 4 | UNSECURED CREDITOR | 7384 | 431.23 | |
| **HSBC BANK++**<br>POB 5253<br>CAROL STREAM, IL 60197 | 28 | | UNSECURED CREDITOR | ...9901 | 0.00 | NO$/SCH |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | 29 | | UNSECURED CREDITOR | ...2522 | 0.00 | |
| **NORTH SHORE AGENCY++**<br>POB 4945<br>TRENTON, NJ 08650-4945 | 30 | | UNSECURED CREDITOR | ...3547 | 0.00 | NT ADR~NO$/SCH |

All Trustee Claims shown have INT %: 0.00%

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **NORTHLAND GROUP INC.**<br>PO BOX 390905<br><br>MINNEAPOLIS, MN  55439 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...3390 |
| **SEVENTH AVENUE**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br><br>DALLAS, TX  75380 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:8 | CLAIM: 212.75<br>COMMENT: 157O~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5570 |
| **TRIAD FINANCIAL SERVICES CORP***<br>5201 RUFE SNOW DR STE 400<br><br>NORTH RICHLAND HILLS, TX  76180 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ...0001 |
| **EQUITABLE GAS CO (*)**<br>225 NORTH SHORE DR<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:11 | CLAIM: 147.99<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2548 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:2 | CLAIM: 4.54<br>COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3223 |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br><br>DALLAS, TX  75261-9741 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:13 | CLAIM: 521.49<br>COMMENT: $/CL-PL*THRU 4/12 | CRED DESC: PRIMARY RES MORTGAGE ARR<br>ACCOUNT NO.: 1111 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:12 | CLAIM: 7,450.37<br>COMMENT: NUM NT/SCH*CITIFINANCIAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0577 |
| **EQUITABLE GAS CO (*)**<br>225 NORTH SHORE DR<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: DKT4PMT | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 5832548307580 |
| **EQUITABLE GAS CO (*)**<br>225 NORTH SHORE DR<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: PMT/DOE*BGN 3-15 DISTRB | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 5832548307580 |