IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 12-22031CMB |
| John H. Wilson | ) | Chapter 13 |
| Rhonda F. Wilson | ) | |
|     Debtor(s) | ) | |
| | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
|     Movant(s) | ) | |
|     Vs. | ) | |
| John H. Wilson | ) | |
| Rhonda F. Wilson | ) | |
|     Respondent(s) | ) | |

<u>NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL</u>

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on October 25, 2017 at 10:00 a.m. before Judge Bohm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania. Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response with the Bankruptcy Court and serve a copy on the Trustee on or before September 21, 2017.

<u>8/31/17</u>
date

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D.#30399)
Attorney and the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com