IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 12-22031CMB |
| John H. Wilson | ) | Chapter 13 |
| Rhonda F. Wilson | ) | |
|     Debtor(s) | ) | |
| | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
|     Movant(s) | ) | |
|     Vs. | ) | |
| John H. Wilson | ) | |
| Rhonda F. Wilson | ) | |
|     Respondent(s) | ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **October 25, 2017 at 10:00 a.m. before Judge Bohm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania.** Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response with the Bankruptcy Court and serve a copy on the Trustee on or before **September 21, 2017.**

|  |  |
|---|---|
|  | /s/ Ronda J. Winnecour |
| 8/31/17 | Ronda J. Winnecour (PA I.D.#30399) |
| date | Attorney and the Chapter 13 Trustee |
|  | U.S. Steel Tower – Suite 3250 |
|  | 600 Grant Street |
|  | Pittsburgh, PA  15219 |
|  | cmecf@chapter13trusteewdpa.com |

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                              Case No. 12-22031-CMB
John H. Wilson                                                      Chapter 13
Rhonda F. Wilson
         Debtors                         CERTIFICATE OF NOTICE
District/off: 0315-2           User: dsaw                   Page 1 of 2                   Date Rcvd: Sep 01, 2017
                               Form ID: pdf900              Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2017.
db/jdb        John H. Wilson,    Rhonda F. Wilson,    54 Cedar Street,    Ellsworth, PA 15331
cr           +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
13358076    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
             (address filed with court: American Honda Finance,    201 Little Falls Dr,
               Wilmington, DE 19808)
13358075     +Aas Debt Recovery Inc,    Po Box 129,    Monroeville, PA 15146-0129
13358078     +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
13358079      Bellevernon Financial,    Room 105 Tri-County Plaz,    Belle Vernon, PA 15012
13358080    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
13358085    ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,   1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
             (address filed with court: Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202)
13388478      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13358082     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13358084     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13358086     +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
13426231     +Equitable Gas Company,    c/o Donna Treemarchi,    225 North Shore Drive,
               Pittsburgh, PA 15212-5860
13358090     +First Natl Bk Of Pa,    1 Fnb Blvd,    Hermitage, PA 16148-3363
13358091     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13358092     +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
13358097    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage Ll,    350 Highland Dr,    Lewisville, TX 75067)
13358098     +SEVENTH AVENUE,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13358099    ++TRIAD FINANCIAL CORP,    5201 RUFE SNOW DRIVE,    SUITE 400,    NORTH RICHLAND HILLS TX 76180-6036
             (address filed with court: Triad Financial,    5201 Rufe Snow Dr Ste 40,
               North Richland Hills, TX 76180)
13384562      Wells Fargo Bank, N.A., dba Wells Fargo Dealer Ser,     P.O. Box 19657,    Irvine, CA 92623-9657
13358100     +Wfds/Wds,   Po Box 1697,    Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13360733      E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 02 2017 01:52:43
               American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
               Irving, TX 75016-8088
13358077      E-mail/Text: bnc-applied@quantum3group.com Sep 02 2017 01:52:47       Applied Bank,
               601 Delaware Ave,    Wilmington, DE 19801
13417034      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 02 2017 02:00:09
               American InfoSource LP as agent for,    InSolve Recovery, LLC,    PO Box 269093,
               Oklahoma City, OK 73126-9093
13358081     +E-mail/Text: bankruptcy@cavps.com Sep 02 2017 01:52:46        Cavalry Portfolio Serv,
               7 Skyline Dr Ste 3,    Hawthorne, NY 10532-2162
13390134     +E-mail/Text: bankruptcy@cavps.com Sep 02 2017 01:52:46        Cavalry Portfolio Services, LLC,
               500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
13358083     +E-mail/Text: bnc-bluestem@quantum3group.com Sep 02 2017 01:52:53        Cit/Fhut,
               6250 Ridgewood Road,    St Cloud, MN 56303-0820
13358087     +E-mail/PDF: creditonebknotifications@resurgent.com Sep 02 2017 01:59:13        Credit One Bank,
               Po Box 98875,    Las Vegas, NV 89193-8875
13358095      E-mail/Text: cio.bncmail@irs.gov Sep 02 2017 01:52:11        Internal Revenue Service,
               Insolvency Unit,    P.O. Box 628,    Pittsburgh, PA 15230
13405674     +E-mail/Text: bncmail@w-legal.com Sep 02 2017 01:52:44
               KEYSTONE RECOVERY PARTNERS LLC, SERIES A,    C O WEINSTEIN AND RILEY, PS,
               2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13455555      E-mail/PDF: resurgentbknotifications@resurgent.com Sep 02 2017 01:59:15
               LVNV Funding, LLC its successors and assigns as,     assignee of CitiFinancial, Inc.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13358096     +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 02 2017 01:58:27        Lvnv Funding Llc,
               Po Box 740281,    Houston, TX 77274-0281
13388131     +E-mail/Text: csidl@sbcglobal.net Sep 02 2017 01:52:49        Premier Bankcard/Charter,    POB 2208,
               Vacaville, CA 95696-8208
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
13358089        Fhut/Metbk
13358093*      +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
                 Room 727,    Pittsburgh, PA 15222-4107
13358094*      +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13465974*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    Bankruptcy Dept,    350 Highland Dr,
                 Lewisville, TX 75067-4177)
```

```
District/off: 0315-2           User: dsaw                  Page 2 of 2                  Date Rcvd: Sep 01, 2017
                               Form ID: pdf900             Total Noticed: 33
```

13358088       ##+Equable Ascent Financi,    1120 W Lake Cook Rd Ste,    Buffalo Grove, IL 60089-1970
                                                                                    TOTALS: 2, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Matthew John McClelland    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Rhonda F. Wilson ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor John H. Wilson ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 7