**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 12-22031-CMB |
| John H. Wilson and | : | |
| Rhonda F. Wilson, | : | CHAPTER 13 |
|     Debtors | : | |
| | : | |
| John H Wilson and | : | |
| Rhonda F. Wilson, | : | |
|     Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Ronda J. Winnecour, | : | |
| Ch. 13 Trustee | : | |
|     Respondent | : | |

**DEBTORS CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On June 8, 2015 at docket number 72, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*.

This Certification is being signed under penalty of perjury by Undersigned. Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: October 3, 2017        BY:    /s/ Paul W. McElrath
                                                                              Paul W. McElrath, Esquire
                                                                              Attorney for Debtor/Movant
                                                                              PA I.D. #86220
                                                                              1641 Saw Mill Run Blvd.
                                                                              Pittsburgh, PA 15210
                                                                              (412) 765-3606

**PAWB Local Form 24 (07/13)**