**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**John H. Wilson**
**Rhonda F. Wilson**
Debtor(s)

Bankruptcy Case No.: 12−22031−CMB

Chapter: 13
Docket No.: 97 − 96

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this 26th day of October, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 11/30/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/20/17 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **11/30/17.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-22031-CMB
John H. Wilson                                                            Chapter 13
Rhonda F. Wilson
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 2          Date Rcvd: Oct 26, 2017
                              Form ID: 408            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2017.
db/jdb         John H. Wilson,    Rhonda F. Wilson,    54 Cedar Street,    Ellsworth, PA  15331
cr            +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
13358076     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
              (address filed with court: American Honda Finance,    201 Little Falls Dr,
               Wilmington, DE 19808)
13358075     +Aas Debt Recovery Inc,    Po Box 129,    Monroeville, PA 15146-0129
13358078     +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
13358079      Bellevernon Financial,    Room 105 Tri-County Plaz,    Belle Vernon, PA 15012
13358080     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
13358085     ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
              (address filed with court: Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202)
13388478      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13358082     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13358084     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13358086     +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
13426231     +Equitable Gas Company,    c/o Donna Treemarchi,    225 North Shore Drive,
               Pittsburgh, PA 15212-5860
13358090     +First Natl Bk Of Pa,    1 Fnb Blvd,    Hermitage, PA 16148-3363
13358091     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13358092     +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13358097     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage Ll,    350 Highland Dr,    Lewisville, TX 75067)
13358098     +SEVENTH AVENUE,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13358099     ++TRIAD FINANCIAL CORP,    5201 RUFE SNOW DRIVE,    SUITE 400,    NORTH RICHLAND HILLS TX 76180-6036
              (address filed with court: Triad Financial,    5201 Rufe Snow Dr Ste 40,
               North Richland Hills, TX 76180)
13384562      Wells Fargo Bank, N.A., dba Wells Fargo Dealer Ser,    P.O. Box 19657,    Irvine, CA 92623-9657
13358100     +Wfds/Wds,    Po Box 1697,    Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13360733       E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 27 2017 01:53:38
               American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
               Irving, TX 75016-8088
13358077       E-mail/Text: bnc-applied@quantum3group.com Oct 27 2017 01:54:06      Applied Bank,
               601 Delaware Ave,    Wilmington, DE 19801
13417034       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 27 2017 02:07:13
               American InfoSource LP as agent for,    InSolve Recovery, LLC,    PO Box 269093,
               Oklahoma City, OK  73126-9093
13358081      +E-mail/Text: bankruptcy@cavps.com Oct 27 2017 01:54:03      Cavalry Portfolio Serv,
               7 Skyline Dr Ste 3,    Hawthorne, NY 10532-2162
13390134      +E-mail/Text: bankruptcy@cavps.com Oct 27 2017 01:54:03      Cavalry Portfolio Services, LLC,
               500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
13358083      +E-mail/Text: bnc-bluestem@quantum3group.com Oct 27 2017 01:54:20      Cit/Fhut,
               6250 Ridgewood Road,    St Cloud, MN 56303-0820
13358087      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 27 2017 02:06:54      Credit One Bank,
               Po Box 98875,    Las Vegas, NV 89193-8875
13358095       E-mail/Text: cio.bncmail@irs.gov Oct 27 2017 01:52:30      Internal Revenue Service,
               Insolvency Unit,    P.O. Box 628,    Pittsburgh, PA 15230
13405674      +E-mail/Text: bncmail@w-legal.com Oct 27 2017 01:53:53
               KEYSTONE RECOVERY PARTNERS LLC, SERIES A,    C O WEINSTEIN AND RILEY, PS,
               2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13455555       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 27 2017 02:07:43
               LVNV Funding, LLC its successors and assigns as,    assignee of CitiFinancial, Inc.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13358096      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 27 2017 02:06:27      Lvnv Funding Llc,
               Po Box 740281,    Houston, TX 77274-0281
13388131      +E-mail/Text: csidl@sbcglobal.net Oct 27 2017 01:54:10      Premier Bankcard/Charter,    POB 2208,
               Vacaville, CA 95696-8208
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                NATIONSTAR MORTGAGE LLC
13358089          Fhut/Metbk
13358093*        +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
                   Room 727,    Pittsburgh, PA 15222-4107
13358094*        +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13465974*       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,    Bankruptcy Dept,    350 Highland Dr,
                 Lewisville, TX 75067-4177)

```
District/off: 0315-2          User: dsaw                    Page 2 of 2                  Date Rcvd: Oct 26, 2017
                              Form ID: 408                  Total Noticed: 33
```

13358088      ##+Equable Ascent Financi,    1120 W Lake Cook Rd Ste,    Buffalo Grove, IL 60089-1970
                                                                                  TOTALS: 2, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Matthew John McClelland    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Rhonda F. Wilson ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor John H. Wilson ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 7