**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JOHN H. WILSON
RHONDA F. WILSON
      Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
      Movant
      vs.
No Repondents.

Case No.:12-22031

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 25, 2017

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/18/2012 and confirmed on 6/22/12 . The case was subsequently     Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 52,387.42 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 52,387.42 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,162.75 | |
|    Trustee Fee | 1,878.96 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,041.71 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WELLS FARGO DEALER SVCS INC | 1,335.48 | 1,335.48 | 128.60 | 1,464.08 |
|     Acct: 0434 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 28,107.95 | 0.00 | 28,107.95 |
|     Acct: 1111 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 521.49 | 521.49 | 0.00 | 521.49 |
|     Acct: 1111 | | | | |
| | | | | 30,093.52 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN H. WILSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MAZZEI AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON MAZZEI ESQ | 3,650.00 | 3,650.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL W MCELRATH JR ESQ | 512.75 | 512.75 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX5-15 | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BENTWORTH SD (ELLSWORTH) (EIT) | 2,600.00 | 2,600.00 | 0.00 | 2,600.00 |
|     Acct: 4224 | | | | |
|   INTERNAL REVENUE SERVICE* | 907.22 | 907.22 | 0.00 | 907.22 |
|     Acct: 3223 | | | | |
|   EQUITABLE GAS CO (*) | 0.00 | 4,344.15 | 0.00 | 4,344.15 |
|     Acct: XXXXXXXXX7580 | | | | |
|   EQUITABLE GAS CO (*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX7580 | | | | |
| | | | | 7,851.37 |
| **Unsecured** | | | | |
|   FIRST NATIONAL BANK OF PA** | 7,296.16 | 2,360.64 | 0.00 | 2,360.64 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 9696 | | | | |
| AMERICAN HONDA FINANCE CORP* | 1,971.09 | 637.74 | 0.00 | 637.74 |
| Acct: 7732 | | | | |
| APPLIED BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8379 | | | | |
| KEYSTONE RECOVERY PARTNERS LLC | 3,536.06 | 1,144.08 | 0.00 | 1,144.08 |
| Acct: 8510 | | | | |
| CAPITAL ONE BANK NA** | 1,864.10 | 603.12 | 0.00 | 603.12 |
| Acct: 5242 | | | | |
| CAVALRY PORTFOLIO SERVICES LLC(*) | 1,280.92 | 414.43 | 0.00 | 414.43 |
| Acct: 8475 | | | | |
| CITIFINANCIAL INC (NON-RE*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3056 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 1,769.65 | 572.56 | 0.00 | 572.56 |
| Acct: 2522 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0408 | | | | |
| PREMIER BANKCARD/CHARTER | 431.23 | 139.52 | 0.00 | 139.52 |
| Acct: 7384 | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9901 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2522 | | | | |
| NORTH SHORE AGENCY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3547 | | | | |
| NORTHLAND GROUP INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3390 | | | | |
| SEVENTH AVENUE | 212.75 | 68.84 | 0.00 | 68.84 |
| Acct: 5570 | | | | |
| EQUITABLE GAS CO (*) | 147.99 | 47.88 | 0.00 | 47.88 |
| Acct: 2548 | | | | |
| INTERNAL REVENUE SERVICE* | 4.54 | 1.47 | 0.00 | 1.47 |
| Acct: 3223 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 7,450.37 | 2,410.54 | 0.00 | 2,410.54 |
| Acct: 0577 | | | | |
| ALLIED INTERSTATE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| BAY AREA CREDIT SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| BELLE VERNON FINANCIAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0533 | | | | |
| BELLE VERNON FINANCIAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0894 | | | | |
| BELLE VERNON FINANCIAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0005 | | | | |
| CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3368 | | | | |
| FINGERHUT DIR MKTNG INC/CIT** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9080 | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4727 | | | | |
| CITIFINANCIAL INC (NON-RE*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8192 | | | | |
| CITIFINANCIAL INC (NON-RE*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3714 | | | | |
| CREDITORS INTERCHANGE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| EQUABLE ASCENT FINANCIAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4921 | | | | |
| METABANK/FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: XXX9080 | | | | |
|    TRIAD FINANCIAL SERVICES CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0001 | | | | |
| | | | | 8,400.82 |
| | | | | |
| TOTAL PAID TO CREDITORS | | | | 46,345.71 |

TOTAL
CLAIMED      3,507.22
PRIORITY     1,856.97
SECURED    25,964.86

Date: 10/25/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    JOHN H. WILSON<br>    RHONDA F. WILSON<br>        Debtor(s)<br><br>    Ronda J. Winnecour<br>        Movant<br>       vs.<br>    No Repondents. | Case No.:12-22031<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                            BY THE COURT:

                                                            _____

                                                            U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 12-22031-CMB
John H. Wilson                                                         Chapter 13
Rhonda F. Wilson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw               Page 1 of 2              Date Rcvd: Oct 26, 2017
                              Form ID: pdf900          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2017.
db/jdb         John H. Wilson,    Rhonda F. Wilson,    54 Cedar Street,    Ellsworth, PA   15331
cr            +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
13358076     ++AMERICAN HONDA FINANCE,   P O BOX 168088,    IRVING TX 75016-8088
              (address filed with court: American Honda Finance,    201 Little Falls Dr,
               Wilmington, DE 19808)
13358075     +Aas Debt Recovery Inc,    Po Box 129,   Monroeville, PA 15146-0129
13358078     +Barclays Bank Delaware,    125 S West St,   Wilmington, DE 19801-5014
13358079      Bellevernon Financial,    Room 105 Tri-County Plaz,    Belle Vernon, PA 15012
13358080     ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
13358085     ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
              (address filed with court: Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202)
13388478      Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
13358082     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13358084     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13358086     +Citimortgage Inc,    Po Box 9438,   Gaithersburg, MD 20898-9438
13426231     +Equitable Gas Company,    c/o Donna Treemarchi,    225 North Shore Drive,
               Pittsburgh, PA 15212-5860
13358090     +First Natl Bk Of Pa,    1 Fnb Blvd,   Hermitage, PA 16148-3363
13358091     +First Premier Bank,    601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
13358092     +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
13358097     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage Ll,    350 Highland Dr,    Lewisville, TX 75067)
13358098     +SEVENTH AVENUE,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13358099     ++TRIAD FINANCIAL CORP,    5201 RUFE SNOW DRIVE,    SUITE 400,   NORTH RICHLAND HILLS TX 76180-6036
              (address filed with court: Triad Financial,    5201 Rufe Snow Dr Ste 40,
               North Richland Hills, TX 76180)
13384562      Wells Fargo Bank, N.A., dba Wells Fargo Dealer Ser,    P.O. Box 19657,    Irvine, CA 92623-9657
13358100     +Wfds/Wds,   Po Box 1697,    Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13360733       E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 27 2017 01:53:38
                American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                Irving, TX 75016-8088
13358077       E-mail/Text: bnc-applied@quantum3group.com Oct 27 2017 01:54:06       Applied Bank,
                601 Delaware Ave,    Wilmington, DE 19801
13417034       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 27 2017 02:06:27
                American InfoSource LP as agent for,    InSolve Recovery, LLC,    PO Box 269093,
                Oklahoma City, OK  73126-9093
13358081      +E-mail/Text: bankruptcy@cavps.com Oct 27 2017 01:54:00       Cavalry Portfolio Serv,
                7 Skyline Dr Ste 3,    Hawthorne, NY 10532-2162
13390134      +E-mail/Text: bankruptcy@cavps.com Oct 27 2017 01:54:00       Cavalry Portfolio Services, LLC,
                500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
13358083      +E-mail/Text: bnc-bluestem@quantum3group.com Oct 27 2017 01:54:20       Cit/Fhut,
                6250 Ridgewood Road,    St Cloud, MN 56303-0820
13358087      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 27 2017 02:06:52       Credit One Bank,
                Po Box 98875,    Las Vegas, NV 89193-8875
13358095       E-mail/Text: cio.bncmail@irs.gov Oct 27 2017 01:52:29       Internal Revenue Service,
                Insolvency Unit,    P.O. Box 628,   Pittsburgh, PA 15230
13405674      +E-mail/Text: bncmail@w-legal.com Oct 27 2017 01:53:53
                KEYSTONE RECOVERY PARTNERS LLC, SERIES A,    C O WEINSTEIN AND RILEY, PS,
                2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13455555       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 27 2017 02:06:29
                LVNV Funding, LLC its successors and assigns as,    assignee of CitiFinancial, Inc.,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13358096      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 27 2017 02:07:06       Lvnv Funding Llc,
                Po Box 740281,    Houston, TX 77274-0281
13388131      +E-mail/Text: csidl@sbcglobal.net Oct 27 2017 01:54:10       Premier Bankcard/Charter,    POB 2208,
                Vacaville, CA 95696-8208
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
13358089        Fhut/Metbk
13358093*     +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
                Room 727,   Pittsburgh, PA 15222-4107
13358094*     +Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
13465974*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,    Bankruptcy Dept,    350 Highland Dr,
               Lewisville, TX 75067-4177)

```
District/off: 0315-2          User: dsaw                Page 2 of 2                  Date Rcvd: Oct 26, 2017
                              Form ID: pdf900           Total Noticed: 33

13358088       ##+Equable Ascent Financi,    1120 W Lake Cook Rd Ste,    Buffalo Grove, IL 60089-1970
                                                                                  TOTALS: 2, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Matthew John McClelland    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Rhonda F. Wilson ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor John H. Wilson ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 7
```